Darlene Couch v. Telescope Inc et al                                                                                                Doc.

**ORIGINAL**

FILED
CLERK, U S DISTRICT COURT

JUL - 3 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Darlene Couch, etc. | CASE NUMBER: |
| Plaintiff(s), | CV 07-3916-FMC(PLAx) |
| v. | |
| Telescope, Inc. et al | **ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1** |
| Defendant(s). | **(Magistrate Judge Related Cases)** |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to Local Rule 83-1.3.1 and General Order 224:

_6/29/2007_                                              _____     Victor B. Kenton
Date                                                     United States Magistrate Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____                    _____
Date                                    United States Magistrate Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____CV 07-3537-FMC(VBKx)_____ and the present case:

☐ A.    Arise from the same or closely related transactions, happenings or events; or
☑ B.    Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.    For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.    Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

### NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials ___VBKx)___ after the case number in place of the initials of the prior judge, so that the case number will read _____CV 07-3916-FMC(VBKx)_____. This is very important because documents are routed to the assigned judges by means of these initials.

**Subsequent documents must be filed at the ☑ Western ☐ Southern ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

CV-34A (07/05)          ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases)

JUN 2 8 2007

ENTERED ON CM 7/3/07