**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DARLENE COUCH, and all others similarly situated,

Plaintiff(s)

v.

TELESCOPE INC., et. al.

Defendant(s).

CASE NUMBER

CV07 3916 FMC (PLAx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of _____William A. Pannell_____,
*Applicant's Name*

of __William A. Pannell, P.C.__ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☒ Plaintiff   ☐ Defendant   __All Plaintiffs__

and the designation of _____Paul R. Kiesel_____ of __KIESEL, BOUCHER & LARSON, LLP__
*Local Counsel Designee*                                *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  JUL 1 3 2007

_____
U. S. District Judge/U.S. Magistrate Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA  ) ss:
COUNTY OF LOS ANGELES )

    I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 8648 Wilshire Boulevard, Beverly Hills, California 90211-2910.

    On July 11, 2007, I served the foregoing document(s) described as:

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

on the interested parties by placing ( ) the original (X) a true and correct copy thereof in a sealed envelope addressed as follows:

AMERICAN IDOL PRODUCTIONS, INC.
c/o CT Corporation System
818 West 7th Street
Los Angeles, California 90017

FOX BROADCASTING COMPANY
2121 Avenue of the Stars, Suite 700
Los Angeles, California 90067

FOX INTERACTIVE MEDIA, INC.
2121 Avenue of the Stars, Suite 700
Los Angeles, California 90067

19 Entertainment, Inc.
8560 West Sunset Boulevard
Ninth Floor
West Hollywood, California 90069

TELESCOPE, INC.
11845 West Olympic Boulevard
Suite 695
Los Angeles, California 90064

[ ] **VIA OVERNIGHT MAIL:**

VIA : By delivering such documents to an overnight mail service or an authorized courier in an envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[X] **VIA U.S. MAIL:**

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service with postage thereon fully prepaid, at Beverly Hills, California.

[ ] **VIA PERSONAL DELIVERY:**

I personally delivered such envelope(s) by hand to the offices of the addressee pursuant to CCP § 1011.

[ ] **VIA ELECTRONIC MAIL:**

I personally served upon all parties the above-reference documents via electronic mail to the e-mail addresses for those individuals noted to have e-mail addresses on the attached Proof of Service List.

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

| | |
|---|---|
| ☐ | **VIA FACSIMILE:** |

The interested parties receiving the above-referenced document via facsimile have agreed to accept same via facsimile transmission, and the facsimile transmission report indicated that the transmission was complete and without error. A copy of that report, which was properly issued by the transmitting machine, is attached hereto.

| | |
|---|---|
| ☐ | **STATE:** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| ☒ | **FEDERAL:** |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the state of California that the above is true and correct and was executed on July 11, 2007, at Beverly Hills, California.

_____
CESAR R. GARCIA

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE