1  Manatt, Phelps & Phillips, LLP
   CHAD S. HUMMEL (Bar No. CA 139055)
2  E-mail: chummel@manatt.com
   BRAD W. SEILING (Bar No. CA 143515)
3  E-mail: bseiling@manatt.com
   JOY T. TEITEL (Bar No. CA 211718)
4  E-mail: jteitel@manatt.com
   11355 West Olympic Boulevard
5  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
6  Facsimile: (310) 312-4224

7  Attorneys for Defendants
   Fox Broadcasting, Inc., Fox Broadcasting
8  Company, Fox Interactive Media, Inc., CKX, Inc.,
   19 Entertainment, Inc., Fremantlemedia North
9  America, Inc., American Idol Productions, Inc.,
   Project Support Team, Inc., and Telescope, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| DARLENE COUCH, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TELESCOPE INC., PROJECT SUPPORT TEAM INC., AMERICAN IDOL PRODUCTIONS, INC., FREMANTLEMEDIA NORTH AMERICA, INC., 19 ENTERTAINMENT, INC., CKX, INC., FOX BROADCASTING COMPANY and FOX INTERACTIVE MEDIA, INC.,<br><br>Defendants. | No. CV 07 3916 FMC (PLAx)<br><br>STIPULATION REGARDING DUE DATE OF RESPONSIVE PLEADING; [PROPOSED] ORDER |
|---|---|

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1  The parties have agreed to a joint response date for all defendants.
2  Responsive pleadings must be filed on or before August 22, 2007.

3  Dated: July 25, 2007           Manatt, Phelps & Phillips, LLP
                                  Chad S. Hummel
4                                 Brad W. Seiling
                                  Joy T. Teitel

6
                                  By: /s/ Brad Seiling
7                                 Brad W. Seiling
                                  Attorneys for Defendants
8                                 Fox Broadcasting, Inc., Fox
                                  Broadcasting Company, Fox
9                                 Interactive Media, Inc., CKX, Inc., 19
                                  Entertainment, Inc., Fremantlemedia
10                                North America, Inc., American Idol
                                  Productions, Inc., Project Support
11                                Team, Inc., and Telescope, Inc.

12 Dated: July 25, 2007           Kiesel Boucher Larson LLP
                                  Paul R. Kiesel
13

14
                                  By: /s/ Paul Kiesel
15                                Paul R. Kiesel    /s/ BWS
                                  Attorneys for Plaintiffs
16

17
                                  ORDER
18

19 IT IS SO ORDERED.

20 Dated: JUL 26 2007
                                  /s/ Florence-Marie Cooper
21                                Honorable Florence-Marie Cooper
                                  District Court Judge
22

23 41137616.1

24

25

26

27

28

I, Paulette Surjue, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On July 25, 2007, I served a copy of the within document(s):

**STIPULATION REGARDING DUE DATE OF RESPONSIVE PLEADING; [PROPOSED] ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Paul R. Kiesel, Esq.  
KIESEL BOUCHER &  
LARSON LLP  
8648 Wilshire Boulevard  
Beverly Hills, CA 90211-2910  
*Counsel for Plaintiffs*

Telephone: (310) 854-4444  
Facsimile: (310) 854-0812

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 25, 2007, at Los Angeles, California.

Paulette E. Surjue

MANATT, PHELPS &  
PHILLIPS, LLP  
ATTORNEYS AT LAW  
LOS ANGELES

41140171 1

PROOF OF SERVICE