| | |
|---|---|
| 1 | CHAD S. HUMMEL (Bar No. CA 139055) |
| | E-mail: chummel@manatt.com |
| 2 | BRAD W. SEILING (Bar No. CA 143515) |
| | E-mail: bseiling@manatt.com |
| 3 | ERIN C. WITKOW (Bar No. CA 216994) |
| | E-mail: ewitkow@manatt.com |
| 4 | VIRAL MEHTA (Bar No. CA 261852) |
| | E-mail: vxmehta@manatt.com |
| 5 | MANATT, PHELPS & PHILLIPS, LLP |
| | 11355 West Olympic Boulevard |
| 6 | Los Angeles, CA 90064-1614 |
| | Telephone: (310) 312-4000 |
| 7 | Facsimile: (310) 312-4224 |

*Attorneys for Defendants*
TELESCOPE INC., PROJECT SUPPORT TEAM, INC.,
AMERICAN IDOL PRODUCTIONS, INC.,
FREMANTLEMEDIA NORTH AMERICA, INC.,
19 ENTERTAINMENT, INC., CKX, INC.,
FOX BROADCASTING COMPANY and
FOX INTERACTIVE MEDIA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE COUCH, and all others similarly situated, | Case No. CV-07-03916-JHN-VBKx |
| Plaintiffs, | **DEFENDANTS' OBJECTION TO DECLARATION OF DARLENE COUCH IN OPPOSITION TO MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(h)(3)** |
| vs. | |
| TELESCOPE INC., PROJECT SUPPORT TEAM, INC., AMERICAN IDOL PRODUCTIONS, INC., FREMANTLEMEDIA NORTH AMERICA, INC., 19 ENTERTAINMENT, INC., CKX, INC., FOX BROADCASTING COMPANY and FOX INTERACTIVE MEDIA, INC., | Judge: Hon. Jacqueline H. Nguyen |
| | Complaint Filed: May 31, 2007 |
| Defendants. | |

Defendants Telescope Inc., Project Support Team, Inc., American Idol Productions, Inc., Fremantlemedia North America, Inc., 19 Entertainment, Inc., CKX, Inc., Fox Broadcasting Company and Fox Interactive Media, Inc. (collectively, "Defendants") hereby object to the "Declaration of Darlene Couch in Opposition to Defendants' Motion to Dismiss Pursuant to F.R.C.P. 12(h)(3)" filed on June 10, 2011 ("Declaration") [Docket No. 86], on the grounds that it constitutes an improper response by Plaintiff Darlene Couch ("Plaintiff") to Defendants' Reply in support of their Motion to Dismiss in violation of Central District of California Local Rule 7-10.  *See* L.R. 7-10 ("Absent prior written order of the Court, the opposing party shall not file a response to the reply").

Defendants further object to the Declaration on the ground that it has no relevance to the issues set forth in Defendants' Motion to Dismiss.  Pursuant to paragraph 5 of the Declaration, Plaintiff paid "$5.00 per month to make up to 250 text messages per month and 250 Pix-Flix messages per month," but Plaintiff "made or received only 14 text messages" from February 8, 2007 to March 7, 2007. (Declaration, ¶ 5.)  This testimony fails to establish that Couch paid any additional fee (other than the 99¢ premium text message fee) to enter the American Idol Challenge game.  Namely, Plaintiff would have paid the $5.00 monthly text message fee regardless of whether she entered the game.  The Declaration makes clear that Plaintiff improperly seeks to recover a portion of her wireless bill that she would have paid regardless of her participation in the game, and such amounts cannot be included in the amount in controversy.

Because the Declaration constitutes an improper response to Defendants' Reply in violation of Local Rule 7-10, and because it has no relevance to the issues raised in Defendants' Motion to Dismiss, Defendants respectfully request that the Court disregard and/or strike the Declaration from the record.

| | |
|---|---|
| Dated: June 10, 2011 | MANATT, PHELPS & PHILLIPS, LLP |
| | By:  /s/ Brad W. Seiling |
| | Brad W. Seiling |
| | *Attorneys for Defendants* |
| | Telescope Inc., Project Support Team, Inc., American Idol Productions, Inc., Fremantlemedia North America, Inc., 19 Entertainment, Inc., CKX, Inc., Fox Broadcasting Company and Fox Interactive Media, Inc. |